UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ and QUINN COLMENERO, on behalf of themselves and those similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERSTATE GROUP, LLC, SHAWN LUTEYN, an individual, and DOES 1 to 50,<br><br>Defendant(s). | Case No.: C-11-05155-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED for Mandatory Settlement Conference Before a Magistrate Judge to occur by: | March 30, 2012 |
| to ADR for Mediation to occur by: | January 15, 2013 |
| CLASS CERTIFICATION MOTIONS to be heard by: | September 18, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | November 15, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: November 19, 2012<br>Rebuttal: December 3, 2012 |
| EXPERT DISCOVERY CUTOFF: | December 21, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | February 12, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 8, 2013 |
| PRETRIAL CONFERENCE: | Friday, March 22, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, April 8, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 8 days (25 days if a class is certified) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 9, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CC: MagREF email and ADR