| | |
|---|---|
| 1 | CHERYL D. ORR (SBN 143196) |
|   | cheryl.orr@dbr.com |
| 2 | S. FEY EPLING (SBN 190025) |
|   | fey.epling@dbr.com |
| 3 | AYSE KUZUCUOGLU (SBN 251114) |
|   | ayse.kuzucuoglu@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
|   | Telephone:    (415) 591-7500 |
| 6 | Facsimile:    (415) 591-7510 |

Attorneys for Defendant
INTERSTATE GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE ENRIQUEZ and QUINN COLMENERO, individuals, on behalf of themselves and those similarly situated, | Case No. 11-CV-05155-YGR (MEJ) |
| | **(Hon. Yvonne Gonzalez Rogers)** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS COMPLAINT AS TO DEFENDANT SHAWN LUTEYN** |
| v. | |
| INTERSTATE GROUP, LLC, an Illinois limited liability company; SHAWN LUTEYN, an individual, and DOES 1 to 50, | Date:    June 19, 2012 |
| | Time:    2:00 p.m. |
| | Judge:   Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

This Stipulation and [proposed] Order is entered into by Plaintiffs JOSE ENRIQUEZ and QUINN COLMENERO and Defendants INTERSTATE GROUP, LLC and SHAWN LUTEYN (hereinafter the "Parties"):

WHEREAS, Plaintiffs JOSE ENRIQUEZ and QUINN COLMENERO have filed the above captioned proposed wage and hour class action naming INTERSTATE GROUP, LLC and SHAWN LUTEYN as defendants; and

///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & PROP ORDER RE: MOTION TO DISMISS
COMPLAINT AS TO DEFT SHAWN LUTEYN
SF01/ 831249.1

CASE NO. 4:11-CV-05155-YGR (MEJ)

WHEREAS, the Parties agreed to engage in settlement discussions and participated in a Settlement Conference before Chief Magistrate Judge Maria-Elena James on March 29, 2012; and

WHEREAS, Defendants' Motion to Dismiss the Complaint for Lack of Jurisdiction as to Defendant Shawn Luteyn was fully briefed and previously set for hearing on March 20, 2012 (See, ECF Doc. No. 22); and

WHEREAS, the Parties previously stipulated to continue the hearing on the Motion to Dismiss to a date after the Settlement Conference (Doc. 28); and

WHEREAS, Plaintiffs filed a First Amended Complaint which added a claim under the Private Attorney General Act ("PAGA") against Defendant INTERSTATE GROUP, LLC, only, and included no changes, substantive or procedural, that affected Defendant Shawn Luteyn (Doc. 23, Att. 1); and

WHEREAS, the Parties previously stipulated that the papers filed in support of and in opposition to the Motion to Dismiss the Complaint as to Defendant Shawn Luteyn, true and correct copies of which are attached hereto as Exhibit A (Docs. 12-14, 16-17, 19), should be considered by this court as the Parties' timely filings on the Motion to Dismiss the First Amended Complaint as to Defendant Shawn Luteyn; and

WHEREAS, a settlement was not reached in this matter; and

WHEREAS, the Parties have agreed that the Motion to Dismiss the First Amended Compliant as to Defendant Shawn Luteyn be heard on June 19, 2012;

IT IS HEREBY STIPULATED AND AGREED UPON by the Parties, by and through their counsel noted below, as follows:

1. Defendants' Motion to Dismiss the Complaint for Lack of Jurisdiction as to Defendant Shawn Luteyn, filed and served on December 27, 2011 (Exhibit A-1, Docs. 12-14), be deemed a timely Motion to Dismiss the First Amended Complaint for Lack of Jurisdiction as to Defendant Shawn Luteyn; and

2. Plaintiffs' Opposition to the Motion to Dismiss (Exhibit A-2, Docs. 16-17) shall be deemed a timely Opposition to the Motion to Dismiss the First Amended Complaint; and

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & P̶R̶O̶P̶ ORDER RE: MOTION TO DISMISS
COMPLAINT AS TO DEFT SHAWN LUTEYN         - 2 -        CASE NO. 4:11-CV-05155-YGR (MEJ)
SF01/ 831249.1

3. Defendants' Reply in Support of the Motion to Dismiss (Exhibit A-3, Doc. 19) shall be deemed a timely Reply in Support of the Motion to Dismiss the First Amended Complaint; and

4. Defendant will serve a new Notice of Motion setting the hearing on Defendants' Motion to Dismiss for June 19, 2012; and

5. Mr. Luteyn's participation in the Settlement Conference in no way operated to affect his rights to consent to jurisdiction.

Dated: May , 2012                    DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
    Cheryl D. Orr
    S. Fey Epling
    Ayse Kuzucuoglu

Attorneys for Defendant
INTERSTATE GROUP, LLC

Dated: May , 2012                    LAGARIAS & BOULTER, LLP

By: */s/ Robert S. Boulter*
    Robert S. Boulter
    Peter C. Lagarias
    Adrian L. Canzoneri

Attorneys for Plaintiffs
JOSE ENRIQUEZ and QUINN COLMENERO

**ATTESTION RE ELECTRONIC SIGNATURES**

Pursuant to General Order 45.X.B., I attest that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & P̶R̶O̶P̶ ORDER RE: MOTION TO DISMISS COMPLAINT AS TO DEFT SHAWN LUTEYN - 3 - CASE NO. 4:11-CV-05155-YGR (MEJ)
SF01/ 831249.1

Case 3:11-cv-05155-JSC   Document 33   Filed 05/11/12   Page 4 of 5

| | | |
|---|---|---|
| 1 | Dated: May , 2012 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | By:/s/ *Cheryl D. Orr* |
| 4 | |    Cheryl D. Orr |
| 5 | | Attorneys for Defendant<br>INTERSTATE GROUP, LLC |

ATTORNEYS AT LAW
SAN FRANCISCO

STIP & P̶R̶O̶P̶ ORDER RE: MOTION TO DISMISS
COMPLAINT AS TO DEFT SHAWN LUTEYN    - 4 -    CASE NO. 4:11-CV-05155-YGR (MEJ)
SF01/ 831249.1

# ORDER

The parties having so stipulated, it is hereby ordered as follows:

1. Defendants' Motion to Dismiss the Complaint for Lack of Jurisdiction as to Defendant Shawn Luteyn, filed and served on December 27, 2011 (Exhibit A-1), is hereby deemed a timely Motion to Dismiss the First Amended Complaint for Lack of Jurisdiction as to Defendant Shawn Luteyn; and

2. Plaintiffs' Opposition to the Motion to Dismiss (Exhibit A-2) is hereby deemed a timely Opposition to the Motion to Dismiss the First Amended Complaint; and

3. Defendants' Reply in Support of the Motion to Dismiss (Exhibit A-3) is hereby deemed a timely Reply in Support of the Motion to Dismiss the First Amended Complaint; and

4. Defendant shall serve a new Notice of Motion setting the hearing on Defendants' Motion to Dismiss for June 19, 2012; and

5. Mr. Luteyn's participation in the Settlement Conference in no way operated to affect his rights to consent to jurisdiction.

6. This Order Terminates Docket Numbers 28 & 32.

IT IS SO ORDERED.

Dated: May 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & ~~PROP~~ ORDER RE: MOTION TO DISMISS COMPLAINT AS TO DEFT SHAWN LUTEYN
SF01/ 831249.1
- 5 -
CASE NO. 4:11-CV-05155-YGR (MEJ)