| | |
|---|---|
| 1 | ROBERT S. BOULTER (SBN 153549) |
|   | rsb@lb-attorneys.com |
| 2 | PETER C. LAGARIAS (SBN 77091) |
|   | pcl@lb-attorneys.com |
| 3 | ADRIAN L. CANZONERI (SBN 265168) |
|   | alc@lb-attorneys.com |
| 4 | LAGARIAS & BOULTER, LLP |
|   | 1629 Fifth Avenue |
| 5 | San Rafael, California 94901-1828 |
|   | Telephone: (415) 460-0100 |
| 6 | Facsimile: (415) 460-1099 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | | |
|---|---|---|
| JOSE ENRIQUEZ and QUINN COLMENERO, individuals, on behalf of the themselves and those similarly situated; | ) ) ) | Case No.  Case 4:11-cv-05155-YGR (*Hon. Yvonne Gonzalez Rogers*) |
| Plaintiffs, | ) ) ) ) | **ORDER RE PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS COMPLAINT AS TO DEFENDANT SHAWN LUTEYN** |
| v. | ) ) | |
| INTERSTATE GROUP, LLC, an Illinois limited liability company; SHAWN LUTEYN, an individual; and DOES 1 to 50; | ) ) ) ) | Date:     To July 10, 2012<br>Time:     2:00 p.m. |
| Defendants. | ) ) ) ) ) | |

---

1

**[~~PROPOSED~~] ORDER - 4:11-CV-05155-YGR**

**<u>ORDER</u>**

The Court, having considered Plaintiffs' Request for Oral Argument on Defendants' Motion to Dismiss the Complaint as to Defendant Shawn Luteyn, hereby orders as follows:

1. The Request is GRANTED.
2. The Court will hold oral argument on Defendants' Motion to Dismiss the Complaint on **July 10, 2012 at 2:00 p.m**. *

IT IS SO ORDERED.

DATE: May 30, 2012

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

N:\ACTIVE\Enriquez, Jose\Pleadings\Proposed Order re Request for Oral Argument re Motion to Dismiss.doc

*Clerk contacted counsel to confer as to a date other than June 19, 2012 for Oral Argument and counsel are in agreement for the July 10, 2012 hearing date.