IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ, et al., | Case No. C11-5155 JSC |
| Plaintiffs, | **PRETRIAL ORDER** |
| v. | |
| INTERSTATE GROUP, LLC, et al., | |
| Defendants. | |

Pursuant to a joint case management schedule submitted by the parties (Dkt. No. 55), IT IS HEREBY ORDERED THAT:

**I.     TRIAL DATE**

A.     Jury trial will begin on **October 7, 2013**, **at 8:30 a.m.,** in Courtroom D, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

B.     The Court is expecting the length of the trial to not exceed eight court days, unless the class is certified, in which case the parties expect trial not to exceed twenty-five days.

**II.    PRETRIAL CONFERENCE**

A Final Pretrial Conference shall be held on **Thursday, September 26, 2013, at 2:00 p.m.,** in Courtroom F, 15th Floor. Lead trial counsel for each party shall attend.

A.     At least *seven days* prior to date of the Final Pretrial Conference the parties shall do the following: