ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 310
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorney for Plaintiffs

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
S. FEY EPLING (SBN 190025)
fey.epling@dbr.com
AYSE KUZUCUOGLU (SBN 251114)
ayse.kuzucuoglu@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| JOSE ENRIQUEZ and QUINN COLMENERO, individuals, on behalf of the themselves and those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>INTERSTATE GROUP, LLC, an Illinois limited liability company; SHAWN LUTEYN, an individual; and DOES 1 to 50;<br><br>Defendants. | Case No.  Case 3:11-cv-05155-JSC<br><br>(*Hon. Jacqueline Scott Corley*)<br><br>**STIPULATION FOR DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: October 20, 2011<br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

|   |   |
|---|---|
| 1 | **STIPULATION OF VOLUNTARY DISMISSAL** |
| 2 | **PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and a written agreement between the parties:

1. Plaintiffs' individual claims against Defendants are dismissed with prejudice.
2. All class claims are dismissed without prejudice.
3. The Plaintiff will promptly give notice to putative class members via first class mail at their last known addresses as reflected in Defendants' records in the form of letter attached hereto as Exhibit A.
4. The Court will retain jurisdiction to enforce the parties' settlement agreement.

| LAW OFFICES OF ROBERT S. BOULTER | DRINKER BIDDLE & REATH LLP |
|---|---|
| /s/ Robert S. Boulter | /s/ Cheryl Orr |
| Attorneys for Plaintiffs | CherylOrr,<br>Attorneys for Defendants |

ORDER

Granted, provided that "is" in the third line of the first paragraph of Exhibit A is changed to "basis."

Dated: January 7, 2013

IT IS SO ORDERED AS MODIFIED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A

LAW OFFICES OF
# ROBERT S. BOULTER
1101 FIFTH AVENUE, Suite 310
SAN RAFAEL, CA 94901-1828
TELEPHONE: (415) 233-7100
FACSIMILE: (415) 233-7101
WEB SITE:  WWW.BOULTER-LAW

Direct Dial:    (415) 233-7100, Ext. 101
                rsb@boulter-law.com

IN RE FILE NO:    8085.1

December 20, 2012

PERSONAL AND CONFIDENTIAL

**Re:    Class Action Lawsuit, *Enriquez and Colmenero v Interstate Group, LLC, et al* United States District Court Case No. 4:11-cv-05155-JSC**

Dear Sir or Madam:

    This law office represents former TrailersPlus employees Jose Enriquez and Quinn Colmenero in a suit that was filed as a proposed class action suit against Interstate Group.  The case has been resolved on an individual basis as to Mr. Enriquez and Mr. Colmenero and will not be prosecuted as a class-action.

    This letter is to notify you that any claims that you might have had as part of the class-action will not be pursued because the case is being dismissed.  As a consequence, if you have any complaints regarding your employment with Interstate, you will need to take your own steps to remedy such complaints.  Such steps might include communicating with Interstate regarding your complaints, or contacting the California Department of Labor Standards Enforcement (the "DLSE"), regarding your complaints, or filing a claim with DLSE.

    The most important point of this letter is to notify you that any rights you might have against Interstate will not be advanced in the above noted lawsuit because it is being dismissed.

                                                     Very truly yours,

                                                   Robert S. Boulter

cc: Q. Colmenero and J. Enriquez